UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation, and ONEONTA TRADING CORPORATION, a Washington corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>BEST FRESH, L.L.C., a Washington Limited Liability Company, and JACKIE DEANE, an individual,<br><br>        Defendants. | NO.  CV-05-3080-LRS<br><br>**ORDER OF DISMISSAL** |

    Pursuant to Federal Rules of Civil Procedure 41(a)(1), the plaintiffs Evans Fruit Co., Inc. And Oneonta Trading Corporation filed a "Notice of Voluntary Dismissal Without Prejudice," Ct. Rec. 16, requesting that the action be dismissed in its entirety, without prejudice.  Accordingly,

    **IT IS ORDERED** that the above-titled case be dismissed without prejudice and the file be closed in this matter.

    **IT IS SO ORDERED.**

    The District Court Executive is directed to file this Order and provide copies to counsel.

    DATED this 27th day of April, 2009.

                                    ***s/Lonny R. Suko***
                            _____
                                   LONNY R. SUKO
                           United States District Judge

ORDER OF DISMISSAL - 1